# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2119. ZACHARY SLADE WRIGHT v. STATE OF GEORGIA.**

In this forfeiture action, the trial court issued an order distributing certain forfeited property on April 2, 2025. Claimant Zachary Wright filed a notice of appeal on May 5, 2025. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Wright's notice of appeal was untimely filed 33 days after entry of the order he seeks to appeal. Consequently, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/14/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*